[No. 40774-4-II.  Division Two.  March 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN L. JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00090-3, James W. Lawler, J., entered May 21, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 28390-9-III.  Division Three.  March 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN M. YARBOROUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 09-1-00082-6, William D. Acey, J., entered August 21, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28884-6-III.  Division Three.  March 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE CORTEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 09-8-00212-4, John D. Knodell III, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28863-3-III.  Division Three.  March 10, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER W. CONKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02305-4, Linda G. Tompkins, J., entered February 23, 2010. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Sweeney and Siddoway, JJ.